IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**MARK A. WILLIAMS**,<br><br>Defendant | NO. 5: 05-MJ-12-06 (CWH)<br><br>**VIOLATION: DRIVING ON SUSPENDED LICENSE** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #5) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant MARK A. WILLIAMS is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 12th day of MAY, 2006.



*[signature: Claude W. Hicks Jr.]*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE